# EXHIBIT E



# WISCONSIN ELECTIONS COMMISSION
Administering Wisconsin's Election Laws

Home  »Node

# ERIC List Maintenance Mailing to Voters Who Have Moved

**Priority**
Timely Attention Required

**Date**
Sun, 10/29/2017 - 19:00

**To**
Wisconsin County Clerks
Wisconsin Municipal Clerks
City of Milwaukee Election Commission
Milwaukee County Election Commission

**From**
Michael Haas, Staff Counsel
Jodi Kitts, WisVote Elections Specialist

| Attachment | Size |
|---|---|
| ERIC List Maintenance Memo to clerks important dates.pdf | 63.73 KB |
| ERIC Postcard Sample In-State Movers.pdf | 292.61 KB |
| ERIC Postcard Sample Cross-State Movers.pdf | 260.77 KB |

Elections Commission staff is preparing for the next phase in Wisconsin's participation in the Electronic Registration Information Center (ERIC).  As part of Wisconsin's membership in ERIC, Commission staff is required to reach out to voters who ERIC has flagged as having potentially moved.  ERIC obtains data from a variety of sources, such as Wisconsin motor vehicle records, voter registration and motor vehicle records from participating states, and the National Change of Address database from the U.S. Postal Service.   Approximately 282,448 voters have been identified by ERIC as having moved within Wisconsin, and 59,292 voters have been flagged as having moved out of state.

Commission staff will be mailing a postcard to these voters to confirm whether they have moved:

- Voters who are flagged as having moved within Wisconsin will be encouraged to register online on the MyVote Wisconsin website. They will also be provided with a tear-off continuation card they can return to their municipal clerk if they want to continue their registration at their WisVote address, similar to the Four-Year Maintenance process.
- Voters who are flagged as having moved out of state will be reminded that they can only vote in one state, and will need to either register in their new state or return the continuation card if they want to stay registered in Wisconsin.

Note that receiving an ERIC postcard does not automatically mean that voters must register at their new address. Voters may wish to continue their registration at their current address if they are temporarily away from their address or intend to return.

Any voters who do not register at their new address and do not return the continuation card within 30 days will be deactivated in WisVote. Samples of both postcards are attached to this memo.

These mailings will be tracked in WisVote. Clerks will be able to see which voters received the ERIC postcard by going to the new "Mailings" tile in WisVote. Clerks should mark any mailings that come back as undeliverable, as well as any requests for continuation. Training materials will be posted to the Elections Commission website.

Clerks should make note of the following important dates and required actions for the ERIC Movers mailing:

- **November 6 – 10**: The ERIC Movers postcards will be mailed. Voters sent a postcard will have their voter status in WisVote set to "Active" with a status reason of "Suspended."
- **December 15**: Deadline for voters to respond with a request for continuation.
- **December 22**: Deadline for clerks to update all voters who have requested continuation, and to enter any new voter registrations from ERIC movers into WisVote. Voters who have not registered at a new address or requested continuation will have their voter status changed to "Inactive" with a status reason of "Moved."

If you have any questions regarding this process, please contact the Elections Help Desk at [elections@wi.gov](mailto:elections@wi.gov)

[Clerks](#)

Wisconsin Elections Commission | 212 East Washington Avenue, Third Floor P.O. Box 7984 | Madison, Wisconsin 53707-7984

*tele* (608) 266-8005 | *fax* (608) 267-0500 | *tty* 1-800-947-3529 | *e-mail* elections@wi.gov

Toll-Free Voter Help Line: 1-866-VOTE-WIS

Carrie Bruecker
CITY OF MEQUON
11333 N CEDARBURG RD
MEQUON, WI 53092-1930



PRSRT FIRST CLASS
US POSTAGE
PAID
MADISON WI
PERMIT NO 1369

**MOVED? YOU MAY NEED TO RE-REGISTER TO VOTE.**

✓ If you have moved, please visit our online voter registration site **MyVote.wi.gov** and update your address. You can also register to vote in your municipal clerk's office or at the polls on Election Day.

✓ If you would like to stay registered at the address listed on the attached continuation card, please sign the card and return it to our office within 30 days.

✓ If you do not register at your new address at this time and do not return the continuation card within 30 days, you will need to re-register before you are able to vote.

Questions? Call the State of Wisconsin Elections Commission toll free at (866) 868-3947.



\*\*\*\*\*\*\*\*\*\*\*\*\*\*AUTO\*\*ALL FOR AADC 530    22    8079
ERIC M LEEP
1614 S BARSTOW ST
MEQUON WI 53092-1031

---

**CONTINUE MY WISCONSIN VOTER REGISTRATION**

If you would like to continue voting in Wisconsin at this address, sign below and return this card to your clerk.

ERIC M LEEP
4382 HICKORY RD
MEQUON WI 53092-1031

**Return Postcard by Dec. 15, 2017**

Sign x _____     Date: ____ / ____ / 2017

If you have moved and no longer live here, please visit myvote.wi.gov and update your voter registration.

If you do not register at your new address at this time and do not return the continuation card within 30 days, you will need to re-register before you are able to vote.

CITY OF MEQUON - OZAUKEE COUNTY
0014044805


1  0  0  0  3  1  9  4  4  0



Return
Postage
Required

Carrie Bruecker
CITY OF MEQUON
11333 N CEDARBURG RD
MEQUON, WI 53092-1930