IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

LEAGUE OF WOMEN VOTERS OF WISCONSIN
and SASHA ALBRECHT,

    Plaintiffs,

  v.

DEAN KNUDSON, JULIE M. GLANCEY,
ROBERT F. SPINDELL, JR., MARK L. THOMSEN,
ANN S. JACOBS, MARGE BOSTELMANN,
and MEAGAN WOLFE,

    Defendants.

Case No. 19-cv-1029-jdp

## JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants Dean Knudson, Julie M. Glancey, Robert F. Spindell, Jr., Mark L. Thomsen, Ann S. Jacobs, Marge Bostelmann, and Meagan Wolfe against plaintiffs League of Women Voters of Wisconsin and Sasha Albrecht dismissing the case without prejudice for lack of subject matter jurisdiction.

s/ K. Frederickson, Deputy Clerk
Peter Oppeneer, Clerk of Court

April 3, 2020
Date